Richard E. Elder (SBN 205389)
Philip J. Sciranka (SBN 287932)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:     (415) 981-0550
Facsimile:     (415) 981-4343
relder@lubinolson.com
psciranka@lubinolson.com

*Attorneys for Defendants SEAN TREVOR
THOMPSON and CHRISTINA J. THOMPSON*

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | Case No. 2:25-cv-03778-JAM-SCR |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEFENDANTS SEAN TREVOR THOMPSON'S AND CHRISTINA J. THOMPSON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT UNDER L.R. 144(a)** |
| G6 HOSPITALITY, LLC.; G6 HOSPITALITY IP, LLC; G6 HOSPITALITY PROPERTY, LLC.; G6 HOSPITALITY PURCHASING, LLC.; G6 HOSPITALITY FRANCHISING, LLC.; MOTEL 6 OPERATING, LP.; SEAN TREVOR THOMPSON, an individual; CHRISTINA J. THOMPSON, an individual; ROMY THOMPSON, an individual; SHELDON L. THOMPSON, an individual; SKYE THOMPSON, an individual; WYNDHAM HOTEL & RESORTS, INC.; KPK, INC.; KHATRI INC.; KHATRI BROTHERS, L.P.; and DOES 1-50, inclusive, | Dated Filed:     December 31, 2025<br>Trial Date:      Not set |
| Defendants. | |

07438.00004/3016205

STIPULATION AND ORDER TO EXTEND DEFENDANTS SEAN TREVOR THOMPSON'S AND CHRISTINA J. THOMPSON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

Under L.R. 144(a), Defendants Sean Trevor Thompson and Christina J. Thompson (together, "Defendants") and Plaintiff Jane Doe (collectively, "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

**WHEREAS**, Plaintiff filed this action in the U.S. District Court, Eastern District of California, on December 31, 2025;

**WHEREAS**, Plaintiff served Defendants with the Complaint on January 9, 2026;

**WHEREAS**, Defendants' response to the Complaint is currently due January 30, 2026;

**WHEREAS**, this is Defendants' first request to extend time to respond to the Complaint;

**WHEREAS**, this stipulation is entered into in good faith and not for purposes of delay;

**WHEREAS**, this stipulation does not constitute Defendants' consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c);

**WHEREAS**, this requested extension will not impact any other deadline currently set by the Court, nor will it prejudice any party;

**THEREFORE**, the Parties stipulate and agree that the time within which Defendants may answer, object to, or otherwise respond to the Complaint under Fed. R. Civ. P. 12 is extended up through and including March 16, 2026.

Dated:  January 28, 2026                LUBIN OLSON & NIEWIADOMSKI LLP

By:  /s/ *Philip J. Sciranka*
_____
Philip J. Sciranka (SBN 287932)
*Attorneys for Defendants SEAN TREVOR*
*THOMPSON and CHRISTINA J. THOMPSON*

Dated:  January 28, 2026                SINGLETON SCHREIBER, LLP

By:      */s/ Katie Llamas*
_____
Katie Llamas (SBN 303983)
*Attorneys for Plaintiff JANE DOE*

07438.00004/3016205                                2

STIPULATION AND ORDER TO EXTEND DEFENDANTS SEAN TREVOR THOMPSON'S AND CHRISTINA J. THOMPSON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

## ATTESTATION OF FILING

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and has authorized the filing.

Dated:  January 28, 2026                    LUBIN OLSON & NIEWIADOMSKI LLP


By:    /s/ *Philip J. Sciranka*
       Philip J. Sciranka (SBN 287932)
       *Attorneys for Defendants SEAN TREVOR*
       *THOMPSON and CHRISTINA J. THOMPSON*

07438.00004/3016205                          3

STIPULATION AND ORDER TO EXTEND DEFENDANTS SEAN TREVOR THOMPSON'S AND CHRISTINA J. THOMPSON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**ORDER**

Based on the Stipulation of the Parties and Local Rule 144(a), Defendants Sean Trevor Thompson's and Christina J. Thompson's deadline to respond to the Complaint shall be **EXTENDED** up through and including **March 16, 2026**.

**IT IS SO ORDERED.**

Dated: January 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

07438.00004/3016205

4

STIPULATION AND ORDER TO EXTEND DEFENDANTS SEAN TREVOR THOMPSON'S AND CHRISTINA J. THOMPSON'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT