**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHANE SINGH, SB# 202733
    E-Mail: Shane.Singh@lewisbrisbois.com
GENNA PROMNICK-PAVLOV, SB# 320894
    E-Mail: Genna.Promnick@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, KHATRI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE, an individual,, <br><br> Plaintiff, <br><br> vs. <br><br> G6 HOSPITALITY, LLC.; G6 HOSPITALITY IP, LLC; G6 HOSPITALITY PROPERTY, LLC.; G6 HOSPITALITY PURCHASING, LLC.; G6 HOSPITALITY FRANCHISING, LLC.; MOTEL 6 OPERATING, LP.; SEAN TREVOR THOMPSON, an individual; CHRISTINA J. THOMPSON, an individual; ROMY THOMPSON, an individual; SHELDON L. THOMPSON, an individual; SKYE THOMPSON, an individual; WYNDHAM HOTEL & RESORTS, INC.; KPK, Inc.; KHATRI, INC.; KHATRI BROTHERS, L.P.; and DOES 1-50, inclusive,, <br><br> Defendants. | Case No. 2:25-cv-03778-JAM-SCR <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT KHATRI, INC. TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed:        12/31/25 <br> Current Response Date:  01/29/26 <br> New Response Date:      03/02/26 |

170604755.1                                                          1

STIPULATION AND ORDER TO EXTEND DEFENDANT KHATRI, INC. TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

Under L.R. 144(a), Defendant Khatri, Inc. ("Defendant") and Plaintiff Jane Doe ("Plaintiff") (collectively, "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

WHEREAS, Plaintiff filed this action in the U.S. District Court, Eastern District of California, on December 31, 2025;

WHEREAS, Defendants' response to the Complaint is currently due January 29, 2026;

WHEREAS, this is Defendant's first request to extend time to respond to the Complaint;

WHEREAS, this stipulation is entered into in good faith and not for purposes of delay;

WHEREAS, this stipulation does not constitute Defendants' consent to magistrate judge jurisdiction under 28 U.S.C. § 636(c);

WHEREAS, this requested extension will not impact any other deadline currently set by the Court, nor will it prejudice any party;

THEREFORE, the Parties stipulate and agree that the time within which Defendants may answer, object to, or otherwise respond to the Complaint is extended up through and including March 2, 2026.

DATED: January 29, 2026          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      /s/ Genna Promnick-Pavlov
         SHANE SINGH
         GENNA PROMNICK-PAVLOV
         Attorneys for Defendant, KHATRI, INC.


DATED: January 29, 2026          SINGLETON SCHREIBER


By:      /s/ Katie Llamas
         KATIE LLAMAS
         Attorneys for Plaintiff JANE DOE

/ / /

170604755.1

2

STIPULATION AND ORDER TO EXTEND DEFENDANT KHATRI, INC. TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

## **FILER'S ATTESTATION**

I hereby attest that I, Shane Singh, received the concurrence of Plaintiff's counsel in filing of this document.

DATED:  January 29, 2026                LEWIS BRISBOIS BISGAARD & SMITH LLP


By:          */s/ Genna Promnick-Pavlov*
_____
SHANE SINGH
GENNA PROMNICK-PAVLOV
Attorneys for Defendant, KHATRI, INC.



170604755.1

3

# ORDER

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the deadline for Defendant Khatri, Inc. to file a response to the Complaint is modified so that the deadline is **EXTENDED** to no later than **March 02, 2026**.

Dated: January 30, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

170604755.1

4

STIPULATION AND ORDER TO EXTEND DEFENDANT KHATRI, INC. TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW