

# United States District Court
# Eastern District of California

| JANE DOE, an individual |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-03778 |

V.

| G6 HOSPITALITY, LLC, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Anthony Todaro _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Wyndham Hotels & Resorts, Inc.

On ___11/03/2000___ (date), I was admitted to practice and presently in good standing in the

___Washington State Supreme Court___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ___April 20, 2026___        Signature of Applicant:  /s/ _Anthony Todaro_____

**Pro Hac Vice Attorney**

Applicant's Name: Anthony Todaro

Law Firm Name: DLA Piper LLP (US)

Address: 701 Fifth Avenue, Suite 6900

City: Seattle    State: WA    Zip: 98104

Phone Number w/Area Code: 206-839-4800

City and State of Residence: Seattle, Washington

Primary E-mail Address: anthony.todaro@us.dlapiper.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexis Burgess

Law Firm Name: DLA Piper LLP (US)

Address: 2000 Avenue of the Stars, Suite 400 North Tower

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: 310-595-5000    Bar # 279328

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 20, 2026

_____
JUDGE, U.S. DISTRICT COURT