

# United States District Court
# Eastern District of California

| | |
|---|---|
| JANE DOE, an individual | Case Number: | 2:25-cv-03778 |

Plaintiff(s)

V.

| |
|---|
| G6 HOSPITALITY, LLC, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

David S. Sager hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Wyndham Hotels & Resorts, Inc.

On __6/11/1992__ (date), I was admitted to practice and presently in good standing in the

__Supreme Court of New Jersey__ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: May 12, 2026        Signature of Applicant: /s/ David S. Sager

**Pro Hac Vice Attorney**

Applicant's Name: David S. Sager

Law Firm Name: DLA Piper LLP (US)

Address: 51 John F. Kennedy Pkwy, Suite 120

City: Short Hills   State: NJ   Zip: 07078

Phone Number w/Area Code: 973-520-2570

City and State of Residence: Morristown, New Jersey

Primary E-mail Address: david.sager@us.dlapiper.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexis Burgess

Law Firm Name: DLA Piper LLP (US)

Address: 2000 Avenue of the Stars, Suite 400 North Tower

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: 310-595-5000   Bar # 279328

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 12, 2026

JUDGE, U.S. DISTRICT COURT