Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual, | No.  2:25-CV-03778-JAM-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| G6 HOSPITALITY, LLC.; G6 HOSPITALITY IP, LLC; G6 HOSPITALITY PROPERTY, LLC.; G6 HOSPITALITY PURCHASING, LLC.; G6 HOSPITALITY FRANCHISING, LLC.; MOTEL 6 OPERATING, LP.; SEAN TREVOR THOMPSON, an individual; CHRISTINA J. THOMPSON, an individual; ROMY THOMPSON, an individual; SHELDON L. THOMPSON, an individual; SKYE THOMPSON, an individual; WYNDHAM HOTEL & RESORTS, INC.; KPK, Inc.; KHATRI, INC.; KHATRI BROTHERS, L.P.; and DOES 1-50, inclusive, | |
| Defendants. | |

ORDER
2:25-CV-03778-JAM-SCR

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
(619) 771-3473

The Court finds that Plaintiff has exercised reasonable diligence in attempting to serve Defendant KPK, Inc.'s registered agent.

IT IS HEREBY ORDERED that Plaintiff is authorized to serve Defendant KPK, Inc. by delivering the Summons and Complaint to the California Secretary of State pursuant to California Corporations Code § 1702(a).

DATED: May 12, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

ORDER
2:25-CV-03778-JAM-SCR

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
(619) 771-3473