Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Vanessa Trujillo (SBN 362087)
vtrujillo@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

*Attorneys for Plaintiff JANE DOE*

**UNITED STATES DISTRICT COURT,**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br>v.<br><br>G6 HOSPITALITY, LLC.; G6 HOSPITALITY IP, LLC; G6 HOSPITALITY PROPERTY, LLC.; G6 HOSPITALITY PURCHASING, LLC.; G6 HOSPITALITY FRANCHISING, LLC.; MOTEL 6 OPERATING, LP.; SEAN TREVOR THOMPSON, an individual; CHRISTINA J. THOMPSON, an individual; ROMY THOMPSON, an individual; SHELDON L. THOMPSON, an individual; SKYE THOMPSON, an individual; WYNDHAM HOTEL & RESORTS, INC.; KPK, Inc.; KHATRI, INC.; KHATRI BROTHERS, L.P.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03778-JAM-SCR<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

Plaintiff JANE DOE ("Plaintiff") and Defendants G6 HOSPITALITY LLC, G6 HOSPITALITY IP LLC, G6 HOSPITALITY PROPERTY LLC, G6 HOSPITALITY PURCHASING LLC, G6 HOSPITALITY FRANCHISING LLC, MOTEL 6 OPERATING L.P., WYNDHAM HOTEL & RESORTS, INC., KPK, Inc., and KHATRI BROTHERS, L.P. (collectively the "Parties"), by and through and their respective counsel of record hereby stipulate as follows:

WHEREAS, on December 31, 2025, Plaintiff filed this Complaint in UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, Case No. 2:25-cv-03778-JAM-SCR.

WHEREAS, Plaintiff seeks leave to file a First Amended Complaint which, among other things, adds JAI JALARAM INVESTMENT LLC ("JAI JALARAM") as a Defendant, JOE SUN as a Defendant, and UNITED RESORTS, LLC. as a Defendant. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

WHEREAS, the Parties understand that the filing of a First Amended Complaint may render moot Defendant Wyndham Hotels & Resorts, Inc.'s ("WHR") pending Motion to Dismiss the currently operative Complaint that is fully briefed. Should this stipulation be entered, WHR anticipates withdrawing its pending Motion without prejudice to filing a renewed Motion to Dismiss addressing Plaintiff's First Amended Complaint, instead.

WHEREAS, the Parties have met and conferred, and Defendants do not oppose the filing of Plaintiff's proposed First Amended Complaint, subject to entry of a proposed briefing schedule governing the deadline for Defendants' responses to the First Amended Complaint, including WHR's anticipated Motion to Dismiss.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file the proposed First Amended Complaint.

///

2. Once the First Amended Complaint is filed, the existing Defendants shall have 30 days to respond by Answer or Motion.

3. To the extent WHR or any other Defendant files a Motion to Dismiss the First Amended Complaint, Plaintiff will have 14 days to oppose, and the moving Defendant will have 14 days to reply.

**SINGLETON SCHREIBER, LLP**

Dated: 9-4-2026 By: */s/ Meagan Verschueren*

Brett Schreiber (SBN 239707)
bschreiber@singletonschreiber.com
Meagan Verschueren (SBN 313117)
mverschueren@singletonschreiber.com
Katie Llamas (SBN 303983)
kllamas@singletonschreiber.com
Vanessa Trujillo (SBN 362087)
vtrujillo@singletonschreiber.com
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel: (619) 771-3473

*Attorneys for Plaintiff Jane Doe*

**JONES DAY**

Dated: 9-4-2026 By: /s/ Allison L. McQueen

Kathleen P. Wallace, Esq. (SBN 234949)
kwallace@jonesday.com
680 Atlantic Avenue, Suite 2400
Boston, MA 02110
Tel. (617)960-3939

Allison L. McQueen, Esq. (*Pro Hac Vice*)
amcqueen@jonesday.com
Emily M. Akins, Esq. (*Pro Hac Vice*)
eakins@jonesday.com
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Tel. (312)782-3939

*Attorneys for Defendants G6 Hospitality LLC, G6 Hospitality IP LLC, G6 Hospitality Property LLC, G6 Hospitality Purchasing LLC, G6 Hospitality Franchising LLC, and Motel 6 Operating L.P.*

**DLA PIPER**

Dated: 9-4-2026 By: */s/Anthony Todaro*____________________

Alexis Burgess, Esq.
alexis.burgess@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel: 310-595-3132

Anthony Todaro, Esq.
anthony.todaro@us.dlapiper.com
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
Tel: 206-839-4800

David Sager, Esq. (*Pro Hac Vice*)
david.sager@us.dlapiper.com
51 John F. Kennedy Pkwy, Suite 120
Short Hills, NJ 07078
Tel: 973-520-2570

*Attorneys for Defendant*
*Wyndham Hotel & Resorts, Inc.*

**HAWKINS PARNELL & YOUNG LLP**

Dated: 9-4-2026 By: */s/Mikhail Mdinaradze* ________

Mikhail Mdinaradze, Esq. (SBN 298825)
mmdinaradze@hpylaw.com
445 S. Figueroa, Suite 3200
Los Angeles, CA 90071
Tel: (213) 486-8000

*Attorney for Defendants*
*KHATRI BROTHERS, L.P. & KPK, Inc.*

**ATTESTATION PURSUANT TO L.R. 131(e)**

The filer, pursuant to L.R. 131(e), hereby states that all counsel signing hereon have authorized the submission of this document on that counsel's behalf on this date.

Dated: 9-4-2026

**SINGLETON SCHREIBER**
*/s/ Meagan Verschueren*
Meagan Verschueren, Esq.
mverschueren@singletonschreiber.com

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 4, 2026

*/s/Meagan Verschueren*
Meagan Verschueren, Esq.

## ORDER

Based on the stipulation of the parties, Plaintiff shall file forthwith, separately, the First Amended Complaint, attached to the stipulation at ECF No. [64]-1.

1. Defendants shall file their responsive pleadings within thirty (30) days of the refiling of Plaintiff's first amended complaint.

**IT IS SO ORDERED**.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE