United States District Court
Eastern District of California

Jane Doe, an individual,

Plaintiff(s)

V.

G6 Hospitality, LLC, et al.,

Defendant(s)

Case Number: 2:25-cv-03778-JAM-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tyler J. Owen hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: G6 Hospitality LLC, G6 Hospitality IP LLC, G6 Hospitality Property LLC, G6 Hospitality Purchasing LLC, G6 Hospitality Franchising LLC, Motel 6 Operating L.P.

On 11/19/2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Jane Doe (HT-00002) v. G6 Hospitality, LLC, et al., No. 2:26-cv-759; submitted 7/23/26; granted.

Date: 10/16/2026 Signature of Applicant: /s/ *Tyler J. Owen*

**Pro Hac Vice Attorney**

Applicant's Name: Tyler J. Owen

Law Firm Name: Jones Day

Address: 150 W. Jefferson

Suite 2100

City: Detroit State: MI Zip: 48226

Phone Number w/Area Code: (313) 733-3939

City and State of Residence: Grosse Pointe Park, MI

Primary E-mail Address: towen@jonesday.com

Secondary E-mail Address: towen@jonesday.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kathleen (Kate) Wallace

Law Firm Name: Jones Day

Address: 680 Atlantic Avenue

Suite 2400

City: Boston State: MA Zip: 02110-3439

Phone Number w/Area Code: (617) 449-6893 Bar # 234949

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 19, 2026

JUDGE, U.S. DISTRICT COURT